IRELL & MANELLA LLP
Thomas Pollack (47070)
tpollack@irell.com
Brian Hennigan (86955)
bhennigan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendant
Naftali Tzi Weisz

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-775-GPS |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANT NAFTALI TZI WEISZ' MOTION FOR MODIFICATION OF TERMS OF BOND |
| vs. | |
| Naftali Tzi Weisz, et al., | HEARING DATE |
| Defendants. | Date: April 30, 2008<br>Time: 10:00 am<br>Ctrm: 7<br>Judge: Hon. George P. Schiavelli |
| | Trial Date: September 9, 2008 |

IT IS HEREBY ORDERED that defendant Naftali Weisz' terms and conditions of release on bond are modified as follows:

1. Rabbi Weisz may travel to Israel on May 7, 2008, and shall return on or before May 15, 2008, for the purpose of presiding at the commemoration in honor of Imre Yosef Weisz, and attending his grandson's engagement ceremony.

2. As additional security for the duration of the Rabbi's travel to Israel, Rabbi Weisz shall cause to be submitted an appearance bond with affidavit of surety (form CR-3) with confession of judgment to secure the property, signed by Miriam Stern and secured by the residence at 70-50 136 Street, Flushing, New York, 11367, with an equity of $1,250,000.

3. As a condition to the travel, Rabbi Weisz shall execute a waiver of extradition and provide the signed original to the U.S. Attorney prior to May 7, 2008.

4. The posting of the bond and the execution of the waiver of extradition are conditions of the travel to Israel, and the Pre-Trial Services Agency shall provide the Rabbi with his passport upon the posting of the bond and notification of execution of the waiver of extradition. Rabbi Weisz shall return the passport to Pre-Trial Services Agency no later than May 16, 2008 or within 24 hours of return, whichever is earlier. The clerk shall reconvey the property upon the Rabbi's return to Brooklyn on or before May 15, 2008, and the surety shall be released at such time.

5. All other terms and conditions of the Rabbi's bond shall remain unchanged.

Dated: May 1, 2008

**GEORGE P. SCHIAVELLI**
HONORABLE GEORGE P. SCHIAVELLI

# **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

I am not a party to the above-entitled action. I have caused service of **[PROPOSED] ORDER GRANTING DEFENDANT NAFTALI TZI WEISZ' MOTION FOR MODIFICATION OF TERMS OF BOND** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notified the following:

Rex J. Beaber (xerxers@aol.com) (Friedman)

Eric L. Dobberteen (edobberteen@clarktev.com) (Roth)

Marc S. Harris (msharris@mayerbrown.com) (Naiman)

Daniel J. O'Brien (USACAC.Criminal@usdoj.gov) (Plaintiff)

Michael J. Proctor (proctor@caldwell-leslie.com) (Zigelman)

James W. Spertus (jim@spertuslaw.com) (Zeivald)

Howard Weitzman (hweitzman@kwikalaw.com) (Lazar)

Gary Lincenberg (gsl@birdmarella.com)

David Karl Willingham (Willingham@caldwell-leslie.com) (Zigelman)

By email to: Jamille Claiborne (jamille_claiborne@cacpt.uscourts.gov)

Executed on April 30, 2008, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

| Lisa M. Siegel (LSiegel@irell.com) | /s/ Lisa M. Siegel |
|---|---|
| (Type or print name) | (Signature) |