1 | UNITED STATES OF AMERICA
Daniel J. O'Brien (141720)
2 | daniel.obrien@usdoj.gov
1100 United States Courthouse
3 | 312 North Spring Street
Los Angeles, California 90012
4 | Telephone No. (213) 894-2468
Facsimile No. (213) 894-6269
5
Attorneys for Plaintiff
6

7 | IRELL & MANELLA LLP
Brian J. Hennigan (86955)
8 | bhennigan@irell.com
S. Thomas Pollack (47070)
9 | tpollack@irell.com
1800 Avenue of the Stars, Suite 900
10 | Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
11 | Facsimile:    (310) 203-7199

12 | Attorneys for Defendant
Naftali Tzi Weisz
13

14 |            UNITED STATES DISTRICT COURT

15 |            CENTRAL DISTRICT OF CALIFORNIA

16

17 | UNITED STATES OF AMERICA,          )   Case No. CR 06-775(C)-JFW

18 |              Plaintiff,            )   AMENDED STIPULATION TO
                                       )   EXTEND SELF-SURRENDER DATE
19 |       v.                          )
                                       )   Surrender Date:  May 6, 2010
20 | NAFTALI TZI WEISZ, et al.,         )
                                       )   New Surrender Date: May 24, 2010
21 |              Defendant.            )
                                       )
22 |                                   )
                                       )
23 |                                   )
                                       )
24 |                                   )
                                       )
25 |                                   )

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2227914

1    WHEREAS, on December 21, 2009, the Court sentenced defendant Naftali

2  Tzi Weisz ("Rabbi Weisz") to a prison term of twenty-four months, and ordered him

3  to surrender to the institution designated by the Bureau of Prisons ("BOP") on April

4  15, 2010;

5    WHEREAS, the Court recommended that Rabbi Weisz be incarcerated at the

6  satellite location in Otisville, New York, which would be able to accommodate

7  Rabbi Weisz's strict religious practices;

8    WHEREAS, the BOP designated the Federal Medical Facility at Devens,

9  Massachusetts ("FMC Devens") for Rabbi Weisz to complete his sentence for

10  medical reasons;

11    WHEREAS, Defense Counsel is in active discussions with the BOP to

12  reconsider the designation, and has submitted additional medical evidence,

13  including letters from Rabbi Weisz's doctors, for their consideration;

14    WHEREAS, Defense Counsel and Assistant United States Attorney Daniel

15  O'Brien stipulated to a request for additional time before Rabbi Weisz's self-

16  surrender date in order for the BOP to consider Rabbi Weisz's redesignation;

17    WHEREAS, on March 30, 2010, the Court granted an Order extending the

18  self-surrender date to until May 6, 2010 (Docket No. 1025);

19    WHEREAS, on April 28, 2010, Defense Counsel received a response from

20  the BOP regarding its willingness to conduct an additional medical evaluation to

21  consider the designation of Rabbi Weisz ;

22    WHEREAS, the BOP has suggested that Rabbi Weisz undergo the medical

23  evaluation upon his arrival to determine whether Rabbi Weisz needs to be housed at

24  a medical facility;

25    WHEREAS, Rabbi Weisz's religious practices greatly restrict his actions on

26  the Sabbath (Friday sundown until Saturday sundown);

27    WHEREAS, the BOP has suggested that Rabbi Weisz arrive at the beginning

28  of the week to avoid conflict with Rabbi Weisz's religious practices and has

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2227914

AMENDED STIPULATION TO EXTEND SELF-
SURRENDER DATE

- 2 -

1  proposed that the surrender date be continued to May 10, 2010 in order to avoid

2  problems with transporting Rabbi Weisz during the Sabbath period, if necessary;

3    WHEREAS, the parties have further discussed this matter and, in

4  consideration of the intervening Jewish holiday of Shavout (May 18-20), believe

5  that re-scheduling the surrender date to May 24, 2010 will accomplish the request of

6  the BOP and avoid additional concerns relative to religious observances;

7    NOW, THEREFORE, it is hereby stipulated and agreed, by and between

8  Plaintiff United States of America and defendant Naftali Tzi Weisz, through their

9  respective counsel of record, as follows:

10    Rabbi Weisz's self-surrender date shall be extended from May 6, 2010 to May

11  24, 2010.  He is ordered to surrender to the federal prison designated by the BOP by

12  2:00 p.m. on that date.

13    IT IS SO STIPULATED.

14

15  Dated: April 28, 2010     UNITED STATES ATTORNEY

16

17

18  By:   /S/ (by Brian J. Hennigan)

              Daniel J. O'Brien

19                Attorneys for Plaintiff

              United States of America

20

21  Dated:  April 28, 2010    IRELL & MANELLA LLP

              Brian J. Hennigan

22                S. Thomas Pollack

23

24

              By:   /S/

25                Brian J. Hennigan

              Attorneys for Defendant

26                Naftali Tzi Weisz

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2227914

AMENDED STIPULATION TO EXTEND SELF-
SURRENDER DATE